```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                    CENTRAL DIVISION at LEXINGTON
```

DAVID WAYNE BAILEY,            )
                               )
    Plaintiff,               )        Civil Action No.
                               )        16-CV-343-JMH-REW
v.                             )
                               )
ARAMARK CORPORATION, et al.,   )        **JUDGMENT**
                               )
    Defendants .             )

                  \*\*    \*\*    \*\*    \*\*    \*\*

In accordance with the Memorandum Opinion and entered today and the Court's Memorandum Opinion and Order [DE 41], dated September 1, 2017, **IT IS HEREBY ORDERED**:

(1) That judgment is entered in favor of Defendants;

(2) That this action is **DISMISSED AND STRICKEN FROM THE ACTIVE DOCKET**;

(3) That all pending motions are **DENIED AS MOOT**;

(4) That all scheduled proceedings and deadlines are **CONTINUED GENERALLY**; and

(5) That this Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY.**

This is the 6th day of June, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge